# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE SHEBAH
TRUST, DATED JANUARY 14, 2010,
AN INTER VIVOS TRUST.

No. 80833

TRACY WURM,
Appellant,
vs.
ANITA SHEBAH,
Respondent.

**FILED**

APR 29 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed in this court on March 19, 2020, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Gloria Sturman, District Judge
Hutchison & Steffen, LLC/Las Vegas
Goodsell Law Group
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-16272